the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment of County Court reversed, with costs. Held, that the right of action, if any exists, accrued to the daughter, and not to the plaintiff.

---

GRIFHAHN, Respondent, v. KREIZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Mary C. Grifhahn, as administratrix, etc., against Bernard Kreizer and others. No opinion. Motion denied.

---

GRIMBLEY et al., Respondents, v. STRICKFADEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Ida M. Grimbley and another against Joseph Strickfaden. No opinion. Judgment affirmed, with costs.

---

GRUBE, Respondent, v. HAMBURG AMERICAN PACKET CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by Minnie Grube, as administratrix, against the Hamburg American Packet Company. E. P. Wheeler, for appellant. G. D. Lamb, for respondent. No opinion. Appeal dismissed, without costs.

---

GRUBE v. HAMBURG AMERICAN S. S. CO. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Minnie Grube against the Hamburg American Steamship Company. No opinion. Motion granted.

---

HAGAN v. WARD. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Katherine C. K. Hagan against Sidney Ward, individually, etc. No opinion. Motion granted.

---

HALL, Appellant, v. NORTON, Respondent (two cases). (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by Helen B. Hall against Edward L. Norton, as administrator. A. D. Kneeland, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

HALL v. NORTON. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Helen B. Hall against Edward L. Norton. No opinion. Motion denied, with $10 costs.

---

HALLOCK v. HALLOCK et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by John J. Hallock against Horace H. Hallock and others.

PER CURIAM. Motion to amend judgment entered in Onondaga county clerk's office granted, by inserting, after the word "reversed," the words "and a new trial ordered," and by inserting, after the words "to abide event," the words "costs and compensation of the special guardian, Basil B. Aylesworth, be and the same is reserved, to be fixed by the Special Term upon the entry of the final judgment herein." See 80 N. Y. Supp. 61.

---

HARDING, Appellant, v. PRATT, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Clara A. Harding against John H. Pratt. No opinion. Judgment and order of County Court affirmed, with costs. See 75 N. Y. Supp. 247.

---

HARRIMAN et al., Appellants, v. CITY OF YONKERS, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by Charles Harriman and another against the city of Yonkers. No opinion. Motion to resettle order granted.

---

HARRIS v. SIMPSON et al. (Supreme Court, Appellate Division, Third Department. May 7, 1903.) Action by William P. Harris, Jr., an infant, by guardian, etc., against Ephraim W. Simpson and others. No opinion. Motion denied.

---

HARRISON, Respondent, v. GRAND TRUNK RY. CO. OF CANADA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Francis A. Harrison against the Grand Trunk Railway Company of Canada and another. No opinion. Judgment and order affirmed, with costs.

---

HARRISON et al., Respondents, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Antoinette P. Harrison and others against George Wilson and others. From an order opening default, and granting leave to defendant Barker to serve bill of particulars, the said defendant appeals. Modified. J. Rider Cady, for appellant. J. Woolsey Shepard, for respondents.

PER CURIAM. Under the circumstances of this case, the defendant should only pay, as a condition of opening his default and serving the bill of particulars, costs after notice of trial, $15; one term fee, $10; costs of opposing motion, $10; and witnesses' fees, $11.04—making a total of $46.04. The order should be modified accordingly, and, as modified, affirmed, without costs of this appeal to either party.

---

HEINE, Respondent, v. LIEBLER et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. June 5, 1903.)